IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-00066-FDW-DSC

| | | |
|---|---|---|
| GREGORY ARTHUR REID JR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHARLOTTE MECKLENBURG SCHOOLS, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's "Motion for Additional Time to Conclude Plaintiff's Deposition" (document # 46) filed July 24, 2015. For the reasons set forth therein, the Motion will be <u>granted</u>. That is, Defendant shall have up to three hours of additional time to complete Plaintiff's deposition.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: August 4, 2015

David S. Cayer
United States Magistrate Judge