# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00066-FDW-DSC

| | |
|---|---|
| GREGORY ARTHUR REID JR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| MECKLENBURG COUNTY BOARD OF EDUCATION, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court after reviewing informal submissions from the parties regarding a discovery dispute. The Court orders Plaintiff to execute the HIPPA compliant release provided by Defendant for his relevant medical records and to provide the requested tax returns within fourteen days of this Order.

The Clerk is directed to send copies of this Order to the pro se Plaintiff, counsel for Defendant; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: September 15, 2015

David S. Cayer
United States Magistrate Judge