UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00066-FDW-DSC

| | |
|---|---|
| GREGORY ARTHUR REID JR., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CHARLOTTE MECKLENBURG )<br>SCHOOLS, )<br>)<br>Defendant. )<br>) | ORDER |

**THIS MATTER** is before the Court on Plaintiff's Motion (Doc. No. 65), which "request[s] a review of the order granted by Magistrate Judge David S. Cayer on September 15, 2015; states an objection to the requirements outlined within the September 15, 2015 order; and moves for a stay of all discovery proceedings and the requirements of the Plaintiff put forth within the September 15, 2015 order . . . ." Plaintiff's filing also includes a memorandum and exhibits in support of his motion and exhibits.

The Court has reviewed Plaintiff's motion, as well as the order issued by Judge Cayer (Doc. No. 60), and finds no sufficient reason to reconsider that order requiring Plaintiff to execute the HIPPA compliant release provided by Defendant and provide requested tax returns. Indeed, these items are relevant to the allegations and claims in this case. The Court notes, however, that it expresses no opinion as to the admissibility of any documents obtained during the discovery process. Plaintiff reserves the right to raise any arguments as to the admissibility of these documents at the appropriate time when, and if, these documents are presented to the Court.

IT IS THEREFORE ORDERED that Plaintiff's Motion (Doc. No. 65) is DENIED.

Signed: September 30, 2015

Frank D. Whitney
Chief United States District Judge