UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00066-FDW-DSC

| | |
|---|---|
| GREGORY ARTHUR REID JR., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | NOTICE OF HEARING |
| ) | and |
| CHARLOTTE MECKLENBURG ) | ORDER |
| SCHOOLS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Defendant's Motion for Summary Judgment (Doc. No. 50). The parties submitted briefing on the motion, and on November 3, 2015, the Court conducted a hearing where it heard oral argument on the pending motion. The Court issued a partial ruling at the close of the hearing, which denied the summary judgment motion on ONE of Plaintiff's claim for retaliation, set forth as his second cause of action, which alleges Defendant retaliated against him by not allowing Plaintiff to participate in the internal grievance procedure. Defendant failed to show it was entitled to summary judgment on this clam. The Court reserved ruling on the remaining causes of action, but, after further review of all the pleadings and exhibits thereto, the Court is prepare to make a ruling on the remaining causes of action for discrimination and retaliation. Because of the close proximity to trial in this matter, the Court finds it necessary to issue this short ruling, and the Court will provide its reasoning in a memorandum opinion to follow.

The Court hereby GRANTS Defendant's Motion for Summary Judgment as to Plaintiff's remaining claims. As stated in open Court, the court DENIES that portion of Defendant's Motion

1

for Summary Judgment on Plaintiff's retaliation claim stated in his second cause of action.  **Put another way, Plaintiff may proceed to trial only on his retaliation claim related to the internal grievance process**.

Further, TAKE NOTICE that a status conference between the parties will take place before the undersigned on **Monday, November 16, 2015, at 2:30 p.m**. in Courtroom #1-1 of the Charles R. Jonas Building, 401 W. Trade Street, Charlotte, North Carolina, 28202.  This status conference is not a settlement conference, but it is an opportunity to update the parties on the Court's actions in this case and to discuss pretrial submissions in light of Plaintiff's pro se status.  In light of the short notice, the Clerk of Court is hereby directed to serve Plaintiff via email AND United States mail.

IT IS SO ORDERED.

Signed: November 12, 2015

Frank D. Whitney
Chief United States District Judge