# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| GREGORY ARTHUR REID, JR., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14cv66-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court at Trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's December 10, 2015 Verdict.

December 31, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court